**FILED**
CLERK, U.S. DISTRICT COURT

6/23/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____KM_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>                v.<br><br>PAUL BETANCOURT and<br>SYLVIA BETANCOURT,<br><br>                Defendants. | No. 2:26-cr-00404-AH<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 371: Conspiracy to Provide Contraband to Federal Inmate] |

The United States of America charges:

[18 U.S.C. § 371]

A.    INTRODUCTORY ALLEGATIONS

At times relevant to this Information:

1.    Defendant PAUL BETANCOURT ("P. BETANCOURT") was a United States Department of Justice ("DOJ") employee, employed by the Bureau of Prisons ("BOP") as a correctional officer at Federal Correctional Complex Lompoc ("FCC LOMPOC"), a federal correctional, detention, and penal facility located in Santa Barbara, California.  As a correctional officer, defendant P. BETANCOURT was a public official within the meaning of 18 U.S.C. § 201(a)(1).

2.    It was a federal crime and a fireable offense for a DOJ employee, who is a public official, to possess with intent to

distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C); to directly and indirectly, corruptly receive, accept, and agree to receive and accept something of value in return for and with the intent of being induced to do an act and omit to doing an act in violation of his official duty, in violation of 18 U.S.C. § 201(b)(2)(C); or to smuggle contraband, including but not limited to controlled substances, into FCC LOMPOC for inmates' use, in violation of 18 U.S.C. § 1791(a)(1), (b)(1).

3.    According to the BOP employee code of conduct, illegal activities on the part of any DOJ employee, in addition to being unlawful, reflected on the integrity of the BOP and betrayed the trust and confidence placed in it by the public.

B.    OBJECT OF THE CONSPIRACY

4.    Beginning on a date unknown, but no later than March of 2023, and continuing to on or about September of 2023, in Santa Barbara County, within the Central District of California, and elsewhere, defendants P. BETANCOURT and SYLVIA BETANCOURT ("S. BETANCOURT"), and others known and unknown to the United States Attorney, conspired and agreed with each other to provide contraband to a federal inmate, in violation of 18 U.S.C. § 1791(a)(1), (b)(1).

C.    MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED

5.    The object of the conspiracy was to be accomplished, in substance, as follows:

a.    Defendant P. BETANCOURT would agree to provide contraband to an inmate at FCC Lompoc ("Inmate 1").

b.    Defendant S. BETANCOURT would receive payment and contraband from Inmate 1 through Inmate 1's intermediaries.

2

c.    Defendant S. BETANCOURT would deliver Inmate 1's payment and contraband to defendant P. BETANCOURT.

d.    Defendant P. BETANCOURT would provide contraband to Inmate 1 at FCC Lompoc, including suboxone, a Schedule III narcotic drug controlled substance.

D.    OVERT ACTS

6.    In furtherance of the conspiracy, and to accomplish the object of the conspiracy, on or about the following dates, defendants P. BETANCOURT and S. BETANCOURT, and others known and unknown to the United States Attorney, committed various overt acts within the Central District of California, and elsewhere, including, but not limited to, the following:

Overt Act No. 1:    On May 27, 2023, defendant S. BETANCOURT met with Inmate 1's intermediary and received a package containing contraband items.

Overt Act No. 2:    On June 1 and 6, 2023, defendant S. BETANCOURT received $400 and $100, respectively, from Inmate 1's intermediary as payment to defendant P. BETANCOURT for providing contraband to Inmate 1.

Overt Act No. 3:    On June 22, 2023, defendant S. BETANCOURT received $500 from Inmate 1's intermediary as payment to defendant P. BETANCOURT for providing contraband to Inmate 1.

Overt Act No. 4:    On July 15, 2023, defendant S. BETANCOURT received $500 from Inmate 1's intermediary as payment to defendant P. BETANCOURT for providing contraband to Inmate 1.

Overt Act No. 5:    On July 21, 2023, defendant S. BETANCOURT received $500 from Inmate 1's intermediary as payment to defendant P. BETANCOURT for providing contraband to Inmate 1.

3

Overt Act No. 6:    On July 27, 2023, defendant S. BETANCOURT received $500 from Inmate 1's intermediary as payment to defendant P. BETANCOURT for providing contraband to Inmate 1.

Overt Act No. 7:    In July or August of 2023, defendants P. BETANCOURT and S. BETANCOURT met with one of Inmate 1's intermediaries and received a package containing contraband items.

Overt Act No. 8:    On August 1, 2023, defendant S. BETANCOURT received $1,500 from Inmate 1's intermediary as payment to defendant P. BETANCOURT for providing contraband to Inmate 1.

Overt Act No. 9:    On August 6, 2023, defendant S. BETANCOURT received $500 from Inmate 1's intermediary as payment to defendant P. BETANCOURT for providing contraband to Inmate 1.

Overt Act No. 10:    On August 9, 2023, defendant P. BETANCOURT provided suboxone to Inmate 1 at FCC Lompoc.

Overt Act No. 11:    On September 1, 2023, defendant S. BETANCOURT received $850 from Inmate 1's intermediary as payment to defendant P. BETANCOURT for providing contraband to Inmate 1.

//

//

//

4

Overt Act No. 12:    On September 6, 2023, defendant P. BETANCOURT provided suboxone to Inmate 1 at FCC Lompoc.

TODD BLANCHE
Acting Attorney General

BILAL A. ESSAYLI
First Assistant United States
Attorney

JENNIFER L. WAIER
Chief Assistant United States
Attorney & Chief, Criminal
Division

J. MARK CHILDS
Assistant United States Attorney
Chief, Transnational Organized
Crime Section

CHRISTOPHER C. KENDALL
Assistant United States Attorney
Senior Trial Attorney,
Transnational Organized Crime
Section

PATRICK CASTAÑEDA
Assistant United States Attorney
Transnational Organized Crime
Section

5